No. 11–5086.  REYNOLDS v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.  JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 11–5090.  BENALLY v. UNITED STATES.  C. A. 10th Cir. Certiorari denied.  JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 11–5663.  SAMUEL v. BLOOMBERG, MAYOR, CITY OF NEW YORK, NEW YORK, ET AL.  C. A. 2d Cir.  Certiorari denied. JUSTICE SOTOMAYOR took no part in the consideration or decision of this petition.

No. 11–5790.  LAFRENIERE v. REGENTS OF THE UNIVERSITY OF CALIFORNIA.  C. A. 9th Cir.  Certiorari denied.  JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 11–6195.  EVANS v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.  JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 11–6204.  PIERCE v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.  JUSTICE SOTOMAYOR took no part in the consideration or decision of this petition.

No. 11–6225.  BATTS v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.  JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 11–6280.  SOREIDE v. ZICKEFOOSE, WARDEN.  C. A. 3d Cir. Certiorari denied.  JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 11–6338.  PERTIL v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.  JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 10–8709.  BEAN v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION, 563 U. S. 919.  Motion for leave to file petition for rehearing denied.